IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | |
| LINWARD I. BARNES, JR. | : | BK. No. 16-18631 AMC |
| Debtor | : | |
| | : | Chapter No. 13 |
| NATIONSTAR MORTGAGE LLC | : | |
| Movant | : | |
| v. | : | |
| LINWARD I. BARNES, JR. | : | |
| LUCRETIA M. BARNES (Non-Filing Co-Debtor) | : | 11 U.S.C. §362 and 1301 |
| LEANDER MONK (Non-Filing Co-Debtor) | : | |
| | : | |
| Respondents | : | |
| | : | |
| | : | |

## ORDER MODIFYING §362 AUTOMATIC STAY and CO-DEBTOR STAY

**AND NOW**, this 16th day of May, 2017, at **PHILADELPHIA**, upon Motion of **NATIONSTAR MORTGAGE LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and the Co-Debtor Stay, as provided for under 11 U.S.C. §1301, is granted with respect to, 919 GUENTHER AVENUE, LANSDOWNE, PA 19050 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **NATIONSTAR MORTGAGE LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

| | | |
|---|---|---|
| WILLIAM C. MILLER, ESQUIRE (TRUSTEE) | LEANDER MONK | LEANDER MONK |
| 1234 Market Street, Suite 1813 | 1920 BORBECK AVENUE | 919 GUENTHER AVENUE |
| Philadelphia, PA 19107 | PHILADELPHIA, PA 19111 | LANSDOWNE, PA 19050 |
| | | |
| YALONDA EVETTE HOUSTON, ESQUIRE | LUCRETIA M. BARNES | |
| 1100 N. Providence RD, Suite 105 | 919 GUENTHER AVENUE | |
| Media, PA 19063 | LANSDOWNE, PA 19050 | |
| | | |
| UNITED STATES TRUSTEE | LINWOOD I. BARNES Jr | |
| 833 CHESTNUT STREET, SUITE 500 | 919 GUENTHER AVENUE | |
| PHILADELPHIA, PA 19107 | LANSDOWNE, PA 19050 | |