**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LINWARD I. BARNES, JR.                                    Chapter 13


                    Debtor              Bankruptcy No. 16-18631-AMC


**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this __27th__ day of __June__, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
                    Ashely M. Chan
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
YALONDA EVETTE HOUSTON, ESQ
LAW OFFICE OF YALONDA HOUSTON
1100 N. PROVIDENCE RD, STE 105
MEDIA, PA 19063-


Debtor:
LINWARD I. BARNES, JR.

919 Guenther Avenue

Lansdowne, PA 19050